# MINUTE ORDER

CASE NUMBER:      CIVIL NO. 19-00332 LEK-RT

CASE NAME:      Joseph H. Campos, II vs. Andrew W. Nichols. M.D. et al.,

JUDGE:      Leslie E. Kobayashi      DATE:      11/02/2020

COURT ACTION:    EO: COURT ORDER GRANTING DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

       On October 7, 2020, Defendants University of Hawai`i ("UH") and Andrew W. Nichols, M.D. ("Dr. Nichols" and collectively "Defendants"), filed their Motion to Dismiss, or in the Alternative, for Summary Judgment ("Motion"). [Dkt. no. 37.] On October 23, 2020, Plaintiff Joseph H. Campos, II ("Plaintiff") filed a statement of no opposition to the Motion. [Dkt. no. 42.] Because the Motion is unopposed, the Court finds the Motion suitable for disposition without a hearing, pursuant to Local Rule 7.1(c). The hearing on the Motion, currently scheduled for November 13, 2020, at 11:15 a.m., is therefore VACATED.

       The Motion is GRANTED for the reasons stated therein. All of Plaintiff's claims against Dr. Nichols, and all of Plaintiff's state law claims against UH are DISMISSED WITH PREJUDICE. The only remaining claims in this case are Plaintiff's claims against UH alleging violations of Title VII of the Civil Rights Act of 1964. There being no claims remaining against Dr. Nichols, the Clerk's Office is DIRECTED to terminate him as a party.

       IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager